**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.: 10-CV-80276-COHN/SELTZER**

JERRI BILZ

    Plaintiffs,                    **Civil Action**

vs.

CAVALRY PORTFOLIO SERVICES,

    Defendant.
_____/

**NOTICE OF CHANGE OF ADDRESS**

    COMES NOW, Defendant by and through the undersigned counsel and files this Notice of Change of Address.

**GOLDEN & SCAZ, PLLC**
Dale T. Golden, Esquire
201 North Armenia Avenue
Tampa, Florida 33609
Phone:  813-251-5500
Fax:  813-251-3675
Email: dale.golden@goldenscaz.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on July 26, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF.  I also certify that the foregoing document is being served this day on all counsel either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                  _____/s/ Dale T. Golden
                                                  Dale T. Golden, Esquire
                                                  Florida Bar No.: 094080
                                                  Golden & Scaz, PLLC
                                                  2124 W. Kennedy Blvd., Suite A
                                                  Tampa, Florida 33606
                                                  Phone:  813-251-5500
                                                  Fax:  813-251-3675
                                                  Email: dale.golden@goldenscaz.com