UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JERI BILZ,

      Plaintiff,

    v.                          **CASE NO.:** 10-CV-80276-JIC

CAVALRY PORTFOLIO SERVICES,

      Defendant.
_____/

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, JERI BILZ and Defendant, CAVALRY PORTFOLIO SERVICES stipulate that dispute between the parties has been settled, therefore, the claims asserted by Plaintiff are hereby dismissed, with prejudice, with each side to bear their own attorney's fees and costs.

Date: August 11, 2010

/s/*Dale T. Golden*
Dale T. Golden
Florida Bar No. 0094080
Golden & Scaz, PLLC
201 North Armenia Avenue
Tampa, FL 33609
Telephone: (813) 251-3632
Facsimile: (813) 251-3675
Dale.golden@goldenscaz.com

/s/*James D. Picitti*
James D. Pacitti
Florida Bar No. 0119768
Krohn & Moss, Ltd.
10474 Santa Monica Boulevard, Suite 401
Los Angeles, CA 90025
Telephone: (323) 988-2400 x230
Facsimile: (866) 385-1408
jpacitti@consumerlawcenter.com